UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETER LINDNER,<br><br>                              Plaintiff,<br><br>       -against-<br><br>COURT SECURITY OFFICER (CSO) NEWELL,<br>et al.<br><br>                              Defendants. | 11-CV-8365 (LAP)<br><br>ECF CASE |

## CERTIFICATE OF SERVICE

BRYANT M. YU hereby certifies the following under the penalties of perjury:

I am over the age of 18 years, not a party to this action and employed by Cravath, Swaine & Moore LLP, located at 825 Eighth Avenue, New York, New York 10019.

On the 27th day of December, 2011, I served true and correct copies of the

- **NOTICE OF MOTION**

- **MEMORANDUM OF LAW IN SUPPORT OF INTERNATIONAL BUSINESS MACHINES CORPORATION'S MOTION TO QUASH PETER LINDNER'S SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION AND TO IMPOSE SANCTIONS**

- **DECLARATION OF PETER T. BARBUR IN SUPPORT OF INTERNATIONAL BUSINESS MACHINES CORPORATION'S MOTION TO QUASH PETER LINDNER'S SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION AND TO IMPOSE SANCTIONS (WITH EXHIBITS A TO S)**

upon

    Peter Lindner
    1 Irving Place
    Apt. # G-23-C
    New York, NY 10003

    by delivering true copies of the above-listed documents to an overnight courier (Federal Express) for delivery the next day, to wit: Wednesday, December 28, 2011.

    I certify under the penalties of perjury that the foregoing is true and correct.

    Dated this 27th day of December, 2011, at New York, New York.

    _____
    Bryant M. Yu