UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------
LINDNER                                                                    Docket Number: 11 CV 8365 (AJN)

       -against-                                                          NOTICE OF REASSIGNMENT
                                                                                        (PRO-SE)

CSO NEWELL, ET AL.
-------------------------------------------------------

       The above-entitled action is:

---

[ X ] Reassigned to the Hon. ALISON J. NATHAN (AJN)

    [ X ] Designated / [ ] Redesignated Hon. MICHAEL H. DOLINGER (MHD),
Magistrate Judge

---

[ ] Reassigned Referral to Hon.                                   , Magistrate Judge

---

[ ] Reassigned Designation to Hon.                                , Magistrate Judge

---

All further documents submitted in this action must bear the Judge's initials after the docket number

The attorney(s) for the plaintiff(s), or pro se plaintiff (s), is directed to serve a copy of this Notice of Reassignment on all defendants.

                                                                  Ruby J. Krajick
                                                                  Clerk of Court

Dated: 02/21/2012                                                   By:     PHYLLIS ADAMIK
                                                                                                        Deputy Clerk