USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: FEB 2 2 2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Peter Lindner,

                Plaintiff,

   -against-

COURT SECURITY OFFICER (CSO) NEWELL;
CSO MUSCHITELLO; CSO JOHN DOE #1;
CSO JOHN DOE #2; ASSISTANT US
MARSHALL (USM) JAMES HOWARD;
USM BRIAN MURPHY; USM BETTY ANN
PASCARELLA; WITNESS SECURITY
S. JONES; CONGRESSIONAL AFFAIRS
CHIEF D. DISRUD; USM JOSEPH R.
GUCCIONE; AND THE FIRM THAT
SUBCONTRACTED THE CSO'S TO THE U.S.
MARSHAL AT S.D.N.Y.,

                Defendants.

------------------------------------------------------------X

ORDER OF SERVICE

11 Civ. 8365 (AJN)

ALISON J. NATHAN, United States District Judge:

The Clerk of Court is directed to issue a Summons in this action. The Plaintiff, Peter Lindner, is directed to serve the Summons and Complaint upon the Defendants within 120 days of the issuance of the Summons. Plaintiff may request an extension of time to serve the summons. If service has not been made within the 120 days, and Plaintiff has not requested an extension of time to serve within that 120 days, the Complaint may be dismissed for failure to prosecute, pursuant to Rules 4 and 41 of the Federal Rules of Civil Procedure.

SO ORDERED:

_____
ALISON J. NATHAN
United States District Judge

Dated: February 22, 2012
New York, New York

COPIES MAILED
TO ~~COUNSEL~~ OF RECORD ON FEB 2 2 2012
Pro Se Party