UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETER LINDNER,<br><br>    Plaintiff,<br><br>  -against-<br><br>CSO NEWELL; CSO MUSCHITELLO; JAMES HOWARD (ASST. US MARSHAL); USM BRIAN MURPHY; USM BETTY ANN PASCARELLA; WITNESS SECURITY S. JONES; D. DISRUD (CONGRESSIONAL AFFAIRS CHIEF); USM Joseph R. GUCCIONE; THE FIRM THAT SUBCONTRACTED THE CSO'S TO USM AT SDNY (ak.a. AKAL SECURITY, INC.),<br><br>    Defendants. | 11-CV-8365 (AJN)<br><br>**NOTICE OF APPEARANCE** |

  **PLEASE TAKE NOTICE** that the undersigned counsel hereby appears as counsel on behalf of Defendants Akal Security, Inc., CSO Newell and CSO Muschitello in the above-captioned action. Contact information for the undersigned counsel is as follows:

    Jennie Woltz, Esq.
    LITTLER MENDELSON, P.C.
    900 Third Avenue
    New York, NY 10022
    212.583.9600
    jwoltz@littler.com

  The email address listed above may be used for electronic case filing notification purposes.

Date: June 4, 2012
   New York, New York

              Respectfully Submitted,

              /s/ *Jennie Woltz*_____
              Jennie Woltz (2247)
              LITTLER MENDELSON, P.C.
              900 Third Avenue
              New York, NY 10022
              212.583.9600
              *Attorney for Defendants Akal Security, Inc., CSO Newell and CSO Muschitello*