Jun-2012 04:35 PM LITTLER MENDELSON P.C. (212) 583-9600

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Peter Lindner, <br><br> Plaintiff, <br><br> -against- <br><br> CSO Newell; CSO Muschitello; James Howard (Asst. US Marshal); USM Brian Murphy; USM Betty Ann Pascarella; Witness Security S. Jones; D Disrud (Congressional Affairs Chief); USM Joseph R. Guccione; The Firm that subcontracted the CSOs to USM at SDNY (a.k.a. Akal Security Inc.), <br><br> Defendants. | Index No. 11-CV-8365 (AJN) <br><br> **STIPULATION AND ORDER** |

WHEREAS Plaintiff Peter Lindner served a copy of the Complaint and Summons in the above-captioned action on CSO Muschitello and Akal Security Inc. on May 15, 2012, and on CSO Newell on May 16, 2012;

WHERAS Defendants CSO Newell, CSO Muschitello and Akal Security Inc.'s original time to answer or otherwise respond to the Complaint was June 5 and 6, 2012, respectively;

WHEREAS attorney for Defendants CSO Newell, CSO Muschitello and Akal Security Inc. conferred with Plaintiff and requested additional time to consider the facts at issue in the Complaint, and Plaintiff agreed;

IT IS HEREBY stipulated and agreed to by and between the undersigned in the above-captioned action that Defendants CSO Newell, CSO Muschitello and Akal Security Inc.'s time to answer, move or otherwise respond to the Complaint is hereby extended up to and

Case 1:11-cv-08365-AJN-MHD   Document 30   Filed 06/13/12   Page 2 of 2
Case 1:11-cv-08365-AJN-MHD   Document 21   Filed 06/04/12   Page 2 of 2
06/04/2012 17:06 FAX 2129789647                                    ☐ 0002/0002
04-Jun-2012 04:35 PM LITTLER MENDELSON P.C. (212) 583-9600                2/2

including July 6, 2012. There have been no previous requests for extensions of time in this matter.

IT IS FURTHER intended that the undersigned will participate in a conference under Federal Rule of Civil Procedure 26, including for the production of electronically stored information (ESI), and/or enter into a discovery clawback agreement, as needed in the course of this case.

Date: June 4, 2012
New York, New York

| *Pro Se* Peter Lindner | Jennie Woltz, Esq. |
| 1 Irving Place Apt. #G-23-C | LITTLER MENDELSON, P.C. |
| New York, New York 10003 | 900 Third Avenue |
| T: 212-979-9647 | New York, New York 10022 |
| F: 212-979-9647 | jwoltz@littler.com |
|  | T: 212-583-9600 |
| *Plaintiff* | F: 212-832-2719 |
|  |  |
|  | *Attorneys for Defendants* |
|  | *CSO Newell CSO Muschitello, and Akal Security Inc.* |

SO ORDERED: _____   6/13/12
Honorable D.J. Nathan
Michael H. Dolinger
USMJ

-2-