06/21/2012 14:26 FAX  2129799647                                                      ☒0002/0003

21-Jun-2012 10:43 AM LITTLER MENDELSON P.C. (212) 583-9600                             2/3

Lohinger, MAG

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Peter Lindner, <br><br> Plaintiff, <br><br> -against- <br><br> CSO Newell; CSO Muschitiello; James Howard (Asst. US Marshal); USM Brian Murphy; USM Betty Ann Pascarella; Witness Security S. Jones; D Disrud (Congressional Affairs Chief); USM Joseph R. Guccione; The Firm that subcontracted the CSOs to USM at SDNY (a.k.a. Akal Security Inc.), <br><br> Defendants. | Case No. 11-CV-8365 (AJN) (MHD) <br><br> **STIPULATION AND ORDER** |

IT IS HEREBY stipulated and agreed to by and between the undersigned in the above-captioned action that Defendants CSO Newell, CSO Muschitiello and Akal Security Inc.'s time to answer, move or otherwise respond to the Complaint is hereby extended one week from parties' previous stipulation of July 6, 2012 (see Dkt. 30) to July 13, 2012. There has been only one previous request for an extension of time to answer, move or otherwise respond. *Id.* This one-week extension of time will not affect the speed of this adjudicating this case, as the date for the other Defendants in this case to answer, move or otherwise respond to Plaintiff's Complaint is currently July 16, 2012.

06/21/2012 14:27 FAX  2129799647                                                               ☒0003/0003

21-Jun-2012 10:43 AM LITTLER MENDELSON P.C. (212) 583-9600                                     3/3

Date: June 21, 2012
New York, New York

| _signature: Peter Lindner_ 6/21/2012 | _signature: Jennie Woltz_ |
|---|---|
| *Pro Se* Peter Lindner | Jennie Woltz, Esq. |
| 1 Irving Place Apt. #G-23-C | LITTLER MENDELSON, P.C. |
| New York, New York 10003 | 900 Third Avenue |
| T: 212-979-9647 | New York, New York 10022 |
| F: 212-979-9647 | jwoltz@littler.com |
|  | T: 212-583-9600 |
| *Plaintiff* | F: 212-832-2719 |
|  | *Attorneys for Defendants* |
|  | *CSO Newell CSO Muschitiello, and Akal* |
|  | *Security Inc.* |

SO ORDERED: _signature_    6/21/12
Magistrate Judge Michael H Dolinger