

**Littler**
Employment & Labor Law Solutions Worldwide

Littler Mendelson, P.C.
900 Third Avenue
New York, NY 10022.3298

July 24, 2012

USDC SDNY
[stamp]
DATE FILED: 7/24/12

Jennie Woltz
212.583.2689 direct
212.583.9600 main
646.365.3232 fax
jwoltz@littler.com

JUL 2 4 2012

**VIA FACSIMILE (212) 805-7928**

Magistrate Judge Michael H. Dolinger
United States District Judge
Southern District of New York
500 Pearl Street, Rm 1670
New York, New York 10007-1312

    Re:    Lindner v. CSO Newell, et al.
             Index No.: 11-cv-8365 (AJN)(MHD)

Dear Judge Dolinger,

This firm represents CSOs Newell and Muschitiello and Akal Security, Inc. (collectively, the "CSO Defendants") in connection with the above-referenced action. I write to seek clarification on the Court's Order dated July 20, 2012, that "Discovery is stayed pending resolution of the defendants' motion to dismiss." (Dkt. 44) Specifically, Defendant respectfully requests clarification as to whether the Court's Order also stays Plaintiff's July 20, 2012 motion for sanctions under Federal Rule of Civil Procedure 11 (Dkt. 44).

Thank you for your consideration.

Respectfully submitted,

*/s/ Jennie Woltz*
Jennie Woltz

CC:    Kurt Peterson, Esq. (via e-mail only)
        Peter Lindner (via email and facsimile, 212-979-9647)
        Chris B. Harwood, Esq. (via email and facsimile, 212-637-2786)
        Peter T. Barbur, Esq. (via email and facsimile, 212-474-3700)

*[Handwritten annotation:]* ENDORSED
                                                       O ASKED
                           It does.
                                                /s/ 7/24/12

```
                    ************************
                    ***  MULTI TX/RX REPORT  ***
                    ************************

TX/RX NO              0882
PGS.                  2
TX/RX INCOMPLETE      -----
TRANSACTION OK        (1)  912128322719
                      (2)  912126372786
                      (3)  912124743700

ERROR INFORMATION     -----
```

## FAX Cover Sheet

**Date:** July 24, 2012

**To:**
Jennie Dawn Woltz, Esq.
Littler Mendelson, PC
900 Third Avenue
New York, NY 10022
Fax: (212) 832-2719

Christopher B. Harwood, Esq.
Assistant United States Attorney
Southern District of New York
86 Chambers Street
New York, NY 10007
Fax: (212) 637-2786

Peter T. Barbur, Esq.
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019
Fax: (212) 474-3700

**And By U.S. Mail to:**

Mr. Peter Lindner
1 Irving Place
Apt. # G-23-C
New York, NY 10003

**Re:** <u>Lindner v. Newell, et al.</u>
11 Civ. 8365 (AJN) (MHD)

*Text of endorsed order enclosed:* "It does."

**From:** Magistrate Judge Michael H. Dolinger
United States District Court
Southern District of New York
500 Pearl Street, Room 1670
New York, New York 10007-1312

FAX (212) 805-7928