## AFFIDAVIT OF SERVICE

This is to certify that on September 24, 2012, a copy of the CSO Defendants' Reply Memorandum of Law in Further Support of Their Motion to Dismiss was filed electronically on the Court's CM/ECF system.  Notice of this filing was sent by email to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF system.  I also caused a copy of the foregoing to be served via email on *Pro Se* Plaintiff Peter Lindner at the below email address.

Additionally, on September 24, 2012, I caused an identical copy of the binder I delivered to Judge Nathan's chambers, which contained a paper copy of the foregoing, as well as a paper copy of the CSO Defendants' Motion to Dismiss, the CSO Defendants' opening brief in support thereof, and Plaintiff's submissions constituting his opposition to the CSO Defendants' Motion to Dismiss, to be served via first class mail on *Pro Se* Plaintiff Peter Lindner at the below address:

> Peter Lindner
> 1 Irving Place, Apt. G-23-C
> New York, New York 10003
> nyc10003@nyc.rr.com

Dated:  September 27, 2012

/s/ Jennie Woltz
Jennie Woltz
Littler Mendelson, P.C.
900 Third Avenue, 8th Floor
New York, NY 10022
Email: jwoltz@littler.com
212.583.9600