UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETER LINDNER,

                          Plaintiff

-against-

COURT SECURITY OFFICER (CSO) NEWELL, CSO MUSCHITIELLO, CSO JOHN DOE #1, CSO JOHN DOE #2, 2ND CIRCUIT COURT OF APPEALS CLERK MARGARET LAIN, ASSISTANT US MARSHAL (USM) JAMES HOWARD , USM BRIAN MURPHY, USM BETTY ANN PASCARELLA, WITNESS SECURITY S. JONES, CONGRESSIONAL AFFAIRS CHIEF D. DISRUD, US ATTORNEY PREET BHARARA, USM JOSEPH R. GUCCIONE,

                          Defendants

Civil Action No. 11 cv 08365 (AJN-MHD)

<u>PLAINTFF REQUEST FOR SEALING A CM ECF DOCUMENT</u>

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/21/12

Wednesday, November 21, 2012 2:21 PM

The Honorable USDJ Alison J. Nathan
SDNY
500 Pearl Street
NYC, NY 10007

Dear Judge Nathan:

I accidentally put a redacted document on the CM/ECF system that could possibly be "broken" to allow people to see the name of the Confidential Informant (CI).  I found that out by chance yesterday, and the CM/ECF people said they'd heard of such a method, too, but they could not temporarily seal it unless Your Honor ORDERed it so.  I don't wish to give the number to Your Honor, since this would point people to the document, but I did tell the CM/ECF Help Desk, who said I should call you since a life is at stake.  Your deputy said I should file it, and he'd get it to Your Honor if I took it down by hand today to the SDNY Pro Se Office, which I am doing.

To my adversaries:  I ask for FRCP 26 Clawback on the document which I will give you the number of after USDJ Nathan approves, so that I can replace it with a version that can not be hacked.  I note that there are methods that I can't afford (costing a few hundred dollars) that may even be more effective in removing redactions, so as a computer expert, I'm sort of "freaked out," that I may have caused a breach, and violated the trust of the CI who said she did not even need to look at what I redacted since she trusted my expertise.  Sigh.

Humbly and sincerely,

By: _____    Dated: New York, NY the 21st Day of November , 2012
    Peter Lindner
    Plaintiff, *Pro Se*

1 Irving Place, Apt. G-23-C
New York, New York 10003
Home/ Fax:   212-979-9647
Cell:           917-207-4962
Email:        nyc10003@nyc.rr.com

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETER LINDNER,<br><br>                               Plaintiff<br>-against-<br><br>COURT SECURITY OFFICER (CSO) NEWELL, CSO MUSCHITIELLO, CSO JOHN DOE #1, CSO JOHN DOE #2, 2ND CIRCUIT COURT OF APPEALS CLERK MARGARET LAIN, ASSISTANT US MARSHAL (USM) JAMES HOWARD , USM BRIAN MURPHY, USM BETTY ANN PASCARELLA,WITNESS SECURITY S. JONES, CONGRESSIONAL AFFAIRS CHIEF D. DISRUD, US ATTORNEY PREET BHARARA, USM JOSEPH R. GUCCIONE,<br>                               Defendants | **Civil Action No. 11 cv 08365 (AJN-MHD)**<br><br>AFFIRMATION OF SERVICE |

Wednesday, November 21, 2012 2:21 PM

**Affirmation Of Service**:
I, Peter W. Lindner, declare that I have served a copy of the attached "Plaintff Request For Sealing A Cm Ecf Document " Nathan dated Nov 21, 2012 upon these people whose addresses are:

Jennie Woltz, Esq., an Associate
Kurt Peterson, Esq.  Partner
Littler Mendelson
900 Third Ave, 7th Floor
NYC 10022
Phone: 212-583-2689
Fax: 212-832-2719
Email: jWoltz@littler.com

Preet Bharara, SDNY US Attorney
Christopher B. Harwood, Assistant US Attorney (AUSA)
86 Chambers St, 3rd Floor
NY, NY 10007
Phone: 212-637-2728
Fax: 212-637-2786
Email: Christopher.Harwood@usdoj.gov

By: ___/s/ Peter Lindner___   Dated: New York, NY on 21ˢᵗ Day of November , 2012

      Peter Lindner
      Plaintiff, *Pro Se*
1 Irving Place, Apt. G-23-C
New York, New York 10003
Home/ Fax:   212-979-9647
Cell:            917-207-4962
Email:        nyc10003@nyc.rr.com