UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| PETER LINDNER, | |
|---|---|
| Plaintiff | **Civil Action No. 11 cv 08365 (AJN-MHD)** |
| -against- | |
| | LINDNER ASK FOR PRETRIAL CONF |
| COURT SECURITY OFFICER (CSO) NEWELL, CSO MUSCHITIELLO, CSO JOHN DOE #1, CSO JOHN DOE #2, 2ND CIRCUIT COURT OF APPEALS CLERK MARGARET LAIN, ASSISTANT US MARSHAL (USM) JAMES HOWARD , USM BRIAN MURPHY, USM BETTY ANN PASCARELLA,WITNESS SECURITY S. JONES, CONGRESSIONAL AFFAIRS CHIEF D. DISRUD, US ATTORNEY PREET BHARARA, USM JOSEPH R. GUCCIONE, | FRCP 16 REQUIRES120 DAY LIMIT.PDF– ERRATA #1 |
| Defendants | |

Friday, November 30, 2012 4:36 PM

To the Honorable USDJ Nathan:

     I (again) inadvertently wrote DEA or ATF, when I should have written DEA/ATF, or drugs or firearms, when it should have been 'drugs/firearms' (etc.).  I am now given to understand that the ATF (Alcohol, Tobacco and Firearms Agency) had told Ms. Sally Smith that I called 20 or more drug dealers in order to jeopardize Ms. Sally Smith's life.  I had mistakenly assumed they said I had mentioned about the DEA but it may have been ATF (or any combination thereof), but it may have been the calling the drug/firearms dealers about calling the DEA/ATF (I'm not sure what they said and which of those permutations is correct.)

     Thus, I insert this corrected version of my motion entitled on the computer as " Errata #1 Document 79 Filed Nov 28 2012 Lindner ask for PreTrial Conf FRCP 16 requires120 day limit.doc") on CM/ECF to supplement and correct ("Errata" is the technical term) my sworn affidavit.

Humbly submitted,


By: _____Dated: New York, NY the   30th  Day of November , 2012
    Peter Lindner
    Plaintiff, *Pro Se*
1 Irving Place, Apt. G-23-C
New York, New York 10003
Home/ Fax:    212-979-9647
Cell:         917-207-4962
Email:        nyc10003@nyc.rr.com

Sworn to before me
This _____Day of November, 2012

_____
Notary Public
NYC, NY

1

**Attachment 1:  Sworn notary signatures**

limit.doc") on CM/ECF to supplement and correct ("Errata" is the technical term) my sworn affidavit.

Humbly submitted,

By: _____ Dated: New York, NY the __30th__ Day of November , 2012
Peter Lindner
Plaintiff, *Pro Se*
1 Irving Place, Apt. G-23-C
New York, New York 10003
Home/ Fax:    212-979-9647
Cell:          917-207-4962
Email:         nyc10003@nyc.rr.com

Sworn to before me
This __30th__ Day of November, 2012

_____
Notary Public
NYC, NY

LUIS CABRERA
Notary Public, State of New York
No.01CA6197569
Qualified in New York County
COMMISSION EXPIRES 12/01/2012

1

Fax: 212-832-2719                              Fax: 212-637-2786
Email: jWoltz@littler.com                      Email: Christopher.Harwood@usdoj.gov

By: _____ Dated: New York, NY on __30TH__ Day of November , 2012

Peter Lindner
Plaintiff, Pro Se
1 Irving Place, Apt. G-23-C
New York, New York 10003
Home/ Fax:    212-979-9647
Cell:          917-207-4962
Email:         nyc10003@nyc.rr.com

3

2

| | |
|---|---|
| PETER LINDNER,<br>         Plaintiff<br>   -against-<br><br>COURT SECURITY OFFICER (CSO) NEWELL, CSO MUSCHITIELLO, CSO JOHN DOE #1, CSO JOHN DOE #2, 2ND CIRCUIT COURT OF APPEALS CLERK MARGARET LAIN, ASSISTANT US MARSHAL (USM) JAMES HOWARD , USM BRIAN MURPHY, USM BETTY ANN PASCARELLA,WITNESS SECURITY S. JONES, CONGRESSIONAL AFFAIRS CHIEF D. DISRUD, US ATTORNEY PREET BHARARA, USM JOSEPH R. GUCCIONE,<br>         Defendants | **Civil Action No. 11 cv 08365 (AJN-MHD)**<br><br><u>LINDNER ASK FOR PRETRIAL CONF FRCP 16 REQUIRES120 DAY LIMIT.PDF– ERRATA #1</u> |

Friday, November 30, 2012 4:36 PM

Affirmation Of Service:

I, Peter W. Lindner, declare that I have served a copy dated Nov 30, 2012 of the attached "Errata #1 Document 79 Filed Nov 28 2012 Lindner ask for PreTrial Conf FRCP 16 requires120 day limit.doc" upon these people whose addresses are:

| | |
|---|---|
| Jennie Woltz, Esq., an Associate<br>Kurt Peterson, Esq.  Partner<br>Littler Mendelson<br>900 Third Ave, 7th Floor<br>NYC 10022<br>Phone: 212-583-2689<br>Fax: 212-832-2719<br>Email: jWoltz@littler.com | Preet Bharara, SDNY US Attorney<br>Christopher B. Harwood, Assistant US Attorney (AUSA)<br>86 Chambers St, 3rd Floor<br>NY, NY 10007<br>Phone: 212-637-2728<br>Fax: 212-637-2786<br>Email: Christopher.Harwood@usdoj.gov |

By: _____      Dated: New York, NY on _____Day of November , 2012

  Peter Lindner
  Plaintiff, Pro Se
1 Irving Place, Apt. G-23-C
New York, New York 10003
Home/ Fax: 212-979-9647
Cell:    917-207-4962
Email:   nyc10003@nyc.rr.com

3