```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
PETER LINDNER,                       :

             Plaintiff,              :
                                              ORDER
        -against-                    :
                                           11 Cv. 08365 (AJN)(MHD)
COURT SECURITY OFFICER (CSO)         :
NEWELL et al.,
                                     :
             Defendants.
------------------------------------x
```



MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

    Plaintiff has filed two motions (docket numbers 78 and 81), requesting that the court seal a document which he alleges currently appears on the docket in the above-captioned matter, but which he refuses to specifically identify to the court. Plaintiff's application cannot be granted unless he identifies the document in question, and it is therefore denied. The Clerk of the Court is directed to terminate the pending motions for docket numbers 78 and 81.

    If plaintiff wishes to renew this application, he must indicate which document he wishes to place under seal. He may do so by letter (with copy to defendants' counsel) so as to allay his concern about identifying the document on the public record.

Dated: New York, New York
       February 22, 2013

                              SO ORDERED.

                              _____
                              MICHAEL H. DOLINGER
                              UNITED STATES MAGISTRATE JUDGE


A copy of the foregoing Order was sent today to:

Mr. Peter Lindner
1 Irving Place
Apt. # G-23-C
New York, NY 10003

Jennie Dawn Woltz, Esq.
Littler Mendelson, PC
900 Third Avenue
New York, NY 10022
Fax: (212) 832-2719

Christopher B. Harwood, Esq.
Assistant United States Attorney
Southern District of New York
86 Chambers Street
New York, NY 10007
Fax: (212) 637-2786

Peter T. Barbur, Esq.
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019
Fax: (212) 474-3700