UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETER LINDNER,<br>          Plaintiff<br>  -against-<br><br>COURT SECURITY OFFICER (CSO) NEWELL, CSO MUSCHITIELLO, CSO JOHN DOE #1, CSO JOHN DOE #2, 2ND CIRCUIT COURT OF APPEALS CLERK MARGARET LAIN, ASSISTANT US MARSHAL (USM) JAMES HOWARD , USM BRIAN MURPHY, USM BETTY ANN PASCARELLA,WITNESS SECURITY S. JONES, CONGRESSIONAL AFFAIRS CHIEF D. DISRUD, US ATTORNEY PREET BHARARA, USM JOSEPH R. GUCCIONE,<br>          Defendants | **Civil Action No. 11 cv 08365 (AJN-MHD)**<br><br>MOTION TO RECONSIDER AND PLAINTIFF RESPONSE TO AUSA COVERUP AND VIOLATION OF NY STATE LAW ON INTENT TO DECEIVE THE COURT, ATTACHMENTS OF SWORN NOTARIZED SIGNATURE OF PLAINTIFF |

~~Was: Thursday, March 28, 2013 11:20 AM~~
~~Is: Tuesday, April 09, 2013 11:00 PM~~
~~Was: Thursday, March 28, 2013 11:20 AM~~
~~Is: Tuesday, April 09, 2013 11:00 PM~~
Is: Friday, April 12, 2013 4:04 PM

**To USDJ Nathan**: ................................................................................................................... 1
**Attachment 5: Letters from DOJ OIG of 2010 to FBI, USMS and Lindner:** ......................... 2
  **Attachment 5a: Letter from Fri, Sep 21, 2012 5:40 pm from OIG Complaint Response** .. 2
  **Attachment 5b: Letter of 9/13/2010 from DOJ** ................................................................... 3


**To USDJ Nathan**:

Here is attachment 5 to Document 95, as requested by Pacer staff 4/12/2013.
Humbly and sincerely,

By: ___/s/ Peter Lindner_____ Dated: New York, NY the 12th Day of April , 2013
  Peter Lindner
  Plaintiff, *Pro Se*
1 Irving Place, Apt. G-23-C
New York, New York 10003
Home/ Fax:  212-979-9647
Cell:     917-207-4962
Email:    nyc10003@nyc.rr.com

1

**Attachment 5: Letters from DOJ OIG of 2010 to FBI, USMS and Lindner:**

**Attachment 5a: Letter from Fri, Sep 21, 2012 5:40 pm from OIG Complaint Response**

Case 1:11-cv-08365-AJN-MHD Document 55 Filed 09/21/12 Page 1 of 1

Case 1:11-cv-08365-AJN-MHD   Document 55   Filed 09/21/12   Page 1 of 1

**Peter Lindner**

**From:** "OIG Complaint Response (OIG)" <OIG_Complaint.Response@usdoj.gov>
**Date:** Friday, September 21, 2012 5:40 PM
**To:** <nyc10003@nyc.rr.com>
**Attach:** Acknowledgment Sept 2012.pdf; Sept 2010.pdf; August 2011.pdf
**Subject:** Complaint Submission

Dear Mr. Lindner,

Thank you for contacting the Department of Justice, Office of the Inspector General. Please see the attached letter in response to your recent complaint submission to our office.

Thank you,

Office of the Inspector General
Investigations Division

**Please do not reply to this e-mail as this address is automated and unattended. If you have any questions please visit our website at www.justice.gov/oig/ for contact information

2

**Attachment 5b: Letter of 9/13/2010 from DOJ**

**U.S. Department of Justice**

Office of the Inspector General

*Investigations Division*

1425 New York Avenue NW, Suite 7100
Washington, D.C. 20530

September 13, 2010

Peter Lindner
1 Irving Place, #G-23-C
New York, New York 10003

Dear Mr. Lindner:

The purpose of this letter is to acknowledge receipt of your correspondence dated 8/13/2010. The matters that you raised are more appropriate for review by another office or Agency. Therefore, your correspondence was referred to the following agencies on or about 9/13/2010:

Administrative Office of the U.S. Courts
One Columbus Circle NE
Washington, D.C. 20544

U.S. Marshals Service
Office of Inspection
Washington, D.C. 20530

Federal Bureau of Investigation
Criminal Investigative Division
Washington, D.C. 20535-0002

Any further correspondence regarding this matter should be directed to one of the above offices.

Sincerely,

Eric A. Johnson SMb
Special Agent in Charge
Special Operations
Investigations Division

3