UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETER LINDNER,<br><br>                                     Plaintiff<br>             -against-<br><br>COURT SECURITY OFFICER (CSO) NEWELL, CSO MUSCHITIELLO, CSO JOHN DOE #1, CSO JOHN DOE #2, 2ND CIRCUIT COURT OF APPEALS CLERK MARGARET LAIN, ASSISTANT US MARSHAL (USM) JAMES HOWARD , USM BRIAN MURPHY, USM BETTY ANN PASCARELLA, WITNESS SECURITY S. JONES, CONGRESSIONAL AFFAIRS CHIEF D. DISRUD, US ATTORNEY PREET BHARARA, USM JOSEPH R. GUCCIONE,<br>                                     Defendants | Civil Action No. 11 cv 08365 (AJN-MHD)<br><br><u>MOTION TO RECONSIDER AND PLAINTIFF RESPONSE TO AUSA COVERUP AND VIOLATION OF NY STATE LAW ON INTENT TO DECEIVE THE COURT, ATTACHMENTS OF SWORN NOTARIZED SIGNATURE OF PLAINTIFF</u> |

~~Was: Thursday, March 28, 2013 11:20 AM~~
~~Is: Tuesday, April 09, 2013 11:00 PM~~
~~Was: Thursday, March 28, 2013 11:20 AM~~
~~Is: Tuesday, April 09, 2013 11:00 PM~~
Is: Friday, April 12, 2013 4:04 PM

**To USDJ Nathan**: ................................................................................................................... 1
**Attachment 6:  11 page letter to USMS in Sep 2010** ................................................................. 2
    **Letter clearly addressed to 2nd Circuit  but envelope from SDNY** .................................. 3
    **ORDER #130 of USDJ Sullivan which I interpreted as an attempt to hinder or delay my communication to a federal Law Enforcement Officer about a possible federal crime** ........................................................................................................................ 4
    **USM Stamp on envelope addressed to 2nd Circuit, but stamped by US Marshal SDNY and by Pro Se Office of SDNY** ........................................................................... 5

**To USDJ Nathan**:

Here is attachment 6 – Part 2 of 2 to Document 95, as requested by Pacer staff 4/12/2013.

Please again  note that the "**Letter clearly addressed to 2nd Circuit**" had been first sent to the SDNY Pro Se Office in violation of 18 USC § 1512(b)(3), and the document is to the 2nd Circuit Court of Appeals.  This was / is a crime punishable by up to 20 years imprisonment, and by the way, was not the first time that my letters to Judges were intercepted and delayed by the SDNY Pro Se Office, either on their own or by direction of others.

Humbly and sincerely,

By: ___/s/ Peter Lindner_____     Dated: New York, NY the 12th Day of April ,  2013
        Peter Lindner
        Plaintiff, *Pro Se*
1 Irving Place, Apt. G-23-C
New York, New York 10003
Home/ Fax:     212-979-9647
Cell:             917-207-4962    Email:        nyc10003@nyc.rr.com

1

**Attachment 6:  11 page letter to USMS in Sep 2010**



**Letter clearly addressed to 2nd Circuit but envelope from SDNY**



**ORDER #130 of USDJ Sullivan which I interpreted as an attempt to hinder or delay my communication to a federal Law Enforcement Officer about a possible federal crime**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETER W. LINDNER,

                Plaintiff,

-v-

INTERNATIONAL BUSINESS MACHINES CORP., ROBERT VANDERHEYDEN, HEATHER CHRISTO HIGGINS, JOHN DOE #1, and JOHN DOE #2,

                Defendants.



No. 06 Civ. 4751 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court has been forwarded a letter dated October 2, 2009, sent by Plaintiff to the United States Marshals. The letter berates the Court in deeply personal terms, suggesting that the undersigned should be impeached for being corrupt and for receiving bribes from Defendant IBM. The letter is attached to this order.

    By order dated September 2, 2009, the Court instructed Plaintiff that all litigants, including pro se litigants, are obligated to treat their adversaries and the Court with respect. This order followed Plaintiff's comparison of the Court to "disgraced President Nixon" and the Nazi collaborators of Vichy France. Accordingly, Plaintiff IS HEREBY ORDERED to show cause why he should not be sanctioned under 18 U.S.C. § 401 for accusing the Court of being corrupt and accepting bribes, in direct contravention of the Court's prior order. Plaintiff shall submit a letter to the Court no later than Wednesday, October 14, at 5:00 p.m.

4

**USM Stamp on envelope addressed to 2nd Circuit, but stamped by US Marshal SDNY and by Pro Se Office of SDNY**



[end of letter from Lindner of Wednesday, September 22, 2010 8:51 PM]