UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETER LINDNER,<br><br>                                   Plaintiff<br>         -against-<br><br>COURT SECURITY OFFICER (CSO) NEWELL, CSO MUSCHITIELLO, CSO JOHN DOE #1, CSO JOHN DOE #2, 2ND CIRCUIT COURT OF APPEALS CLERK MARGARET LAIN, ASSISTANT US MARSHAL (USM) JAMES HOWARD , USM BRIAN MURPHY, USM BETTY ANN PASCARELLA,WITNESS SECURITY S. JONES, CONGRESSIONAL AFFAIRS CHIEF D. DISRUD, US ATTORNEY PREET BHARARA, USM JOSEPH R. GUCCIONE,<br>                                   Defendants | **Civil Action No. 11 cv 08365 (AJN-MHD)**<br><br>MOTION TO RECONSIDER AND PLAINTIFF RESPONSE TO AUSA COVERUP AND VIOLATION OF NY STATE LAW ON INTENT TO DECEIVE THE COURT, ATTACHMENTS OF SWORN NOTARIZED SIGNATURE OF PLAINTIFF |

~~Was: Thursday, March 28, 2013 11:20 AM~~
~~Is: Tuesday, April 09, 2013 11:00 PM~~
~~Was: Thursday, March 28, 2013 11:20 AM~~
~~Is: Tuesday, April 09, 2013 11:00 PM~~
Is: Friday, April 12, 2013 4:04 PM

**To USDJ Nathan**: ................................................................................................................................ 1
**Excel Spreadsheet of Hearsay & Evidence** ................................................................................... 2


**To USDJ Nathan**:

Here is Part 2 of 2 to Document 92, as requested by Pacer staff 4/12/2013. It is an excel spreadsheet, which is better shown in other exhibits.

Humbly and sincerely,

By: ___/s/ Peter Lindner_____     Dated: New York, NY the 12th Day of April , 2013
          Peter Lindner
          Plaintiff, *Pro Se*
1 Irving Place, Apt. G-23-C
New York, New York 10003
Home/ Fax:      212-979-9647
Cell:                  917-207-4962
Email:              nyc10003@nyc.rr.com

1

**Excel Spreadsheet of Hearsay & Evidence**

4/7/2013   7:39 PM   Lindner's Allegations that are proven or could be proven with subpoenas

| Law? | Number | type | Incident | proof | date | document | doc description |
|---|---|---|---|---|---|---|---|
| 18 USC 1512(b)(3) | 1 | witnessed | USDJ Sullivan violated 18 USC 1512(b)(3) by threatening Lindner w Contempt of Court for communication to a federal law enforcement officer about a possible federal crime | yes | | | |
| | 2 | witnessed | USMS Guccione wrongly gave witness information to subject | yes | | | |
| 18 USC 1512(b)(3) | 3 | witnessed | Someone tampered with my mail to 2nd Circuit Court of Appeal by routing to SDNY | yes | | | stamped envelope w SDNY and USMS |
| perjury | 4 | witnessed | USMS General Counsel wrote "under the penalty of perjury" two inconsistent statements | yes | | #40 and other doc unnumbered | |
| perjury and 18 USC 1512(b)(3) | 5 | hearsay | CI (Confidential Informant) approached in SDNY Courthouse area while awaiting to testify in a criminal trial for the AUSA by 3 men. Men wanted CI to perjure self to say that Lindner threatened USDJ Sullivan. And threatened reprisals if CI did not go along | if subpoena allowed | 2010-2011 | | |
| malicious "dirty tricks" | 6 | hearsay | CI asked to plant child porn on Lindner PC | if subpoena allowed | 2010-2012 | | |
| 18 USC 1512(b)(3) | 7 | hearsay | CI told to not speak to Lindner about CI's instructions from DEA/ATF | if subpoena allowed | | | |

| Law? | Number | type | Incident | proof | date | document | doc description |
|---|---|---|---|---|---|---|---|
| 18 USC 1512(b)(3) | 8 | hearsay | CI's mother was allegedly called by Congresswoman Carolyn Maloney's office regarding Lindner | | | | |
| | 9 | witnessed | NYPD 13th Pct cops yell at Lindner in lobby of Lindner's Condo Bldg, and when woman realtor objects by saying "Don't yell at this gentleman", the cops say "You don't know what we know about him" | | | | |
| | 10 | hearsay | NYPD 13th Pct cops threaten witness with arrest on same day at Lobby of Condo Building | if subpoena allowed | | | |
| | 11 | hearsay | CI recognizes NYPD 13th Pct Det Brehm from undercover work | if subpoena allowed | | | |
| | 12 | hearsay | CI told to refer to Lindner as "Benedict Arnold" | if subpoena allowed | | | |
| | 13 | witnessed | CI gives ID to Lindner to hold for (1 day or 1 week) | affidavit | | | |
| | 14 | witnessed | CI demands ID back and calls police via 911 saying I refused to give it back; despite that Lindner promised to give a 1 week metrocard | 911 logs; NYPD 13th Pct logs | | | |
| | 15 | hearsay | CI later admits that DEA/ATF told CI to say to police that Lindner stole the ID | | | | |
| 4th Amendment | 16 | witnessed | CSO Newell hit Lindner in head with his nameplate | | 2010 | | |
| 18 USC 1512(b)(3) | 17 | hearsay | DEA/ATF agent ripped up CI's form for FOIA | | 2012-2013 | | |
| | 18 | speculation | DEA/ATF agent did not pass on CI's form for FOIA to the USMS General Counsel | | 2013 | | |
| lying to to USMS and 18 USC 1512(b)(3) | 19 | witnessed | CSO Newell apologized in front of CSO Muschiefiello for hitting Lindner in head | if subpoena allowed | 2010 | | |
| 4th Amendment | 20 | hearsay | Lindner phone is tapped, according to CI | if subpoena allowed | 2010-2013 | | |

3

| Law? | Number | type | Incident | proof | date | document | doc description |
|---|---|---|---|---|---|---|---|
| | 21 | hearsay | CI actually works for DEA/ATF | if subpoena allowed | | | |
| | 22 | hearsay | DEA/ATF falsely told CI that Lindner went through CI's phone | if subpoena allowed | | | |
| | 23 | hearsay | DEA/ATF falsely told CI that Lindner called CI's contacts methodically (from #22) to tell them that she is a CI | if subpoena allowed | | | |
| | 24 | hearsay | DEA/ATF falsely told CI that they had proof but could not reveal it that Lindner went through CI's phone | if subpoena allowed | | | |
| 18 USC 1512(b)(3) | 25 | hearsay | DEA/ATF offered $100k to CI to turn against Lindner | if subpoena allowed | | | |
| 18 USC 1512(b)(3) | 26 | hearsay | DEA/ATF offered methamphetamines to CI to postpone CI from writing an affidavit | if subpoena allowed | | | |
| | 27 | witnessed | AUSA refused to meet with Lindner as to CI | yes | | | |
| due process | 28 | witnessed | FBI refused to take complaint from Lindner on witness tampering from IBM case | if subpoena allowed | 2010-2012 | | |
| | 29 | witnessed | DEA/ATF refused to meet with Lindner to talk about CI | if subpoena allowed | | | |
| due process | 30 | hearsay | USM lied when he said there were no videotapes | | | | |
| due process | 31 | witnessed | USM lied when they said they conducted an investigation, and did not confront USM Muschitiello, who probably would not perjure himself when a tape exists, and when Muschitiello did no wrong | if subpoena allowed | | | |

4