

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street, 3rd floor*
*New York, New York 10007*

April 17, 2013

**BY EMAIL:** *NathanNYSDChambers@nysd.uscourts.gov*
The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: APR 17 2013
```

      Re: *Lindner v. Court Security Officer (CSO) Newell, et al.*
          11 Civ. 8365 (AJN) (MHD)

Dear Judge Nathan:

      This Office represents the Federal Defendants in the above-referenced lawsuit, in which Plaintiff is pursuing *pro se* claims under the Federal Tort Claims Act and *Bivens*. On March 26, 2013, this Court issued an Opinion and Order dismissing this case as to both the Federal Defendants and the CSO Defendants. On April 15, 2013, this Court issued an Order denying Plaintiff's motion for reconsideration. Plaintiff has since filed a document titled, "Motion to USDJ Nathan Regarding AUSA Unsuccessful Intent to Deceive," in which he renews his prior allegations that attorneys is this Office and the USMS have acted unethically in litigating this case. We write respectfully not because these allegations — which are entirely baseless and which this Court has previously disregarded — merit a response, but because we are uncomfortable allowing such allegations to remain on the docket unanswered. Accordingly, we write only to underscore that we stand behind the positions we have taken in this case and absolutely reject any suggestion of improper conduct.

      Because this case is now closed, absent a request from the Court, we will not respond to any further filings by Plaintiff. We respectfully request that this letter be docketed.

Page 2

        Respectfully submitted,

        PREET BHARARA
        United States Attorney

By: _____
        CHRISTOPHER B. HARWOOD
        Assistant United States Attorney
        86 Chambers Street, Third Floor
        New York, New York 10007
        Telephone: (212) 637-2728
        Facsimile: (212) 637-2786

cc: **_BY EMAIL and FIRST CLASS MAIL (nyc10003@nyc.rr.com)_**
Peter Lindner, *pro se* Plaintiff
1 Irving Place, Apt. G-23-C
New York, NY 10003

**_BY EMAIL (jwoltz@littler.com)_**
Jennie D. Woltz, Esq., counsel to the CSO Defendants